**No. 41580.**—Protest 896853–G of Los Angeles Soap Co. (Los Angeles).

Opinion by KEEFE, J.   The identity of the drums not having been established the protest was overruled.

**No. 41581.**—Protest 926966–G of Pacific Vegetable Oil Corp. (San Francisco).

Opinion by KEEFE, J.   From the evidence it was found that the drums containing the oil were old and worn and not uniform in size or weight and that the weighing of 40 drums out of 533 was not as accurate a method as that used by the importer who had each drum weighed on customs scales.   On the record presented the protest was sustained.

**No. 41582.**—Protest 946209–G of Archer Rubber Co. (Boston).

Opinion by KEEFE, J.   It was established that the drums in question were discarded as worthless.   Following Abstract 38363 the court sustained the protest.

**No. 41583.**—Protest 971822–G of Cambridge Rubber Co. (Boston).

Opinion by KEEFE, J.   Drums containing latex the same as those the subject of Abstract 39366 were held free of duty as claimed.

**No. 41584.**—Protest 930998–G of Hiram Walker & Sons (San Francisco).

Opinion by KEEFE, J.   It was held that Congress intended to require duty to be taken on the basis of the entered gauge of alcoholic liquors withdrawn from warehouse.   As the collector acted in accordance with law in assessing duty on that basis the protest was overruled.   *Hiram Walker* v. *United States* (26 C. C. P. A. 121, C. A. D. 4), *United States* v. *Falk* (204 U. S. 145), and *Peacock* v. *United States* (2 Ct. Cust. Appls. 305, T. D. 32047) cited.

**No. 41585.**—Protest 926965–G of McClintock Stern & Co. (San Francisco).

Opinion by KEEFE, J.   From the evidence it was found that the methods used by the city weighmasters in weighing the canary seed produced more accurate results than the average weight determined for the shipment by the Government weigher.   The protest was therefore sustained.

**No. 41586.**—Protests 886800–G, etc., of Andrew Makris & Bros. et al. (New York).

Opinion by KEEFE, J.   On the authority of *Locatelli* v. *United States* (T. D. 49302) the protests were sustained.